United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 14, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-41186
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THEODORO CANDIA-SILVA, also known as Joe Candia-Silva,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:01-CR-67-ALL
--------------------

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Theodoro Candia-Silva has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Candia-Silva has not responded to counsel's motion. Our independent review of the brief, the supplemental letter brief, and the record discloses no nonfrivolous issue in this appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.